

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMAN MILLER, INC., et al.,

    Plaintiffs,

-against-

MANHATTAN HOME DESIGN LLC, et al.,

    Defendants.

20-CV-6172 (ALC) (BCM)

**ORDER SCHEDULING CONTINUED SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will hold a continued telephonic settlement conference on **March 18, 2021, at 3:00 p.m.** At that time, the parties are directed to call (888) 557-8511, and enter (a) the access code 7746387 and (b) the security code that the Court will provide to you, by email. At least two court days prior to the continued conference, the parties shall submit a confidential joint settlement update letter to Moses_NYSDChambers@nysd.uscourts.gov. The provisions of paragraphs 1, 2, and 5-8 of the December 28, 2020 Order Scheduling Settlement Conference (Dkt. No. 31) remain in effect.

Dated: New York, New York
       February 11, 2021

                                **SO ORDERED**.

                                _____
                                **BARBARA MOSES**
                                **United States Magistrate Judge**