```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMAN MILLER, INC., et al.,

       Plaintiffs,

  -against-

MANHATTAN HOME DESIGN LLC, et al.,

       Defendants.

20-CV-6172 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The continued settlement conference previously scheduled for April 13, 2021, at 3:00 p.m. is ADJOURNED to **May 11, 2021, at 2:15 p.m.** The conference will take place using the Court's videoconferencing technology (Microsoft Teams), and chambers will provide the link and further instructions in an email to counsel closer to the date of the conference. At least two court days prior to the continued conference, the parties shall submit a confidential joint settlement update letter to Moses_NYSDChambers@nysd.uscourts.gov. The provisions of paragraphs 1, 2, and 5-8 of the December 28, 2020 Order Scheduling Settlement Conference (Dkt. No. 31) remain in effect.

Dated: New York, New York
       April 14, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**