USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _August 30, 2021_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERMAN MILLER, INC. and<br>THE ISAMU NOGUCHI FOUNDATION<br>AND GARDEN MUSEUM,<br><br>            *Plaintiffs*,<br>      v.<br><br>MANHATTAN HOME DESIGN LLC,<br>BARCELONA DESIGNS, and<br>DANIEL JAVIER LEVY,<br><br>            *Defendants*. | Case No. 20-cv-6172-ALC<br><br>**JOINT MOTION TO JOIN**<br>**LIVING GROUP LLC**<br>**AS A DEFENDANT AND AMEND**<br>**CAPTION** |

      Plaintiffs Herman Miller, Inc. ("Herman Miller") and The Isamu Noguchi Foundation and Garden Museum ("The Noguchi Museum"); together with Defendants Manhattan Home Design LLC, Barcelona Designs, and Daniel Javier Levy, as well as new party Living Group LLC ("Living Group") bring this Joint Motion to request that Living Group be joined as a defendant in this action and that the caption of the case be amended accordingly.

      At the time that Plaintiffs filed this action, they were unaware that Manhattan Home Design LLC and Barcelona Designs are not operating entities but are simply the names under which Living Group does business, making Living Group the real party in interest and a necessary and indispensable party within the contemplation of Fed. R. Civ. P. 19(a). All the parties – including Living Group – have now entered into a Settlement Agreement that contemplates the entry by the Court of a Stipulated Judgment against all the existing defendants, as well as Living Group. To expedite and facilitate the entry of that judgment (which will dispose of the entire case), the parties jointly and respectfully request that the Court enter an order joining Living Group to this action as a co-defendant and amending the caption accordingly, so that the Stipulated Judgment may then be entered with respect to it, as well as the existing defendants. Living Group consents to personal jurisdiction, and to being joined as a co-defendant.

4848-0988-0553.2

Dated: August 27, 2021    Respectfully submitted,

By:    /s/ Jonathan E. Moskin
Jonathan E. Moskin, NY Bar No. 1949031
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: 212.682.7474
Email: jmoskin@foley.com

Jean-Paul Ciardullo, NY Bar No. 4495594
FOLEY & LARDNER LLP
555 S. Flower St., Suite 3300
Los Angeles, CA 90071
Telephone: 213.972.4500
Email: jciardullo@foley.com

*Attorneys for Plaintiff*
*HERMAN MILLER, INC.*


/s/ Marc P. Misthal
Marc P. Misthal (MM6636)
GOTTLIEB, RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016
Telephone: (212) 684-3900
Email: mmisthal@grr.com

*Attorneys for*
*THE ISAMU NOGUCHI FOUNDATION AND*
*GARDEN MUSEUM*


/s/ Siddartha Rao
Siddartha Rao
Andres Munoz
ROMANO LAW PLLC
55 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 865-9848
Email: sid@romanolaw.com
andres@romanolaw.com

*Attorneys for*
*MANHATTAN HOME DESIGN LLC,*
*BARCELONA DESIGNS, DANIEL JAVIER*
*LEVY and LIVING GROUP LLC*

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 30, 2021