USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  August 30, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

HERMAN MILLER, INC. and
THE ISAMU NOGUCHI FOUNDATION
AND GARDEN MUSEUM,

        *Plaintiffs*,

    v.

MANHATTAN HOME DESIGN LLC,
BARCELONA DESIGNS,
DANIEL JAVIER LEVY, and LIVING
GROUP LLC,

        *Defendants*.

Case No. 20-cv-6172-ALC

**CONSENT JUDGMENT**

---

This stipulated Consent Judgment shall fully dispose of all claims in this action by Plaintiffs Herman Miller, Inc. ("Herman Miller") and The Isamu Noguchi Foundation and Garden Museum ("The Noguchi Museum") against Defendants Manhattan Home Design LLC, Barcelona Designs, Daniel Javier Levy, and The Living Group LLC (collectively, "Defendants").

Plaintiffs filed this action asserting intellectual property rights in the designs and brand names shown in EXHIBIT A appended hereto. Accused infringing products and uses are shown in EXHIBIT B appended hereto.

From the date of this Judgment going forward:

1) Defendants shall not manufacture, have manufactured, advertise, market, sell, or otherwise distribute the products shown in EXHIBIT B, including any of the same or substantially similar appearance, regardless of model designation, upholstery type, or color;

2) Defendants shall not otherwise manufacture, have manufactured, market, sell or otherwise distribute any products that are confusingly similar to the asserted trade dress rights depicted in EXHIBIT A;

3) Defendants shall not use any of the brand names identified in EXHIBIT A – or any names confusingly similar thereto – in connection with the marketing or sale of furniture, office equipment, or housewares, except in accordance with principles of fair use and/or trademark exhaustion under controlling law; and

4) Defendants shall not aid or encourage any other entity to engage in the foregoing activities.

The Court shall retain jurisdiction to enforce this Stipulated Judgment and the Settlement Agreement between the parties.  Each party is to bear their own costs and fees relating to claims in this action.

DATED:  August 30, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

2

# EXHIBIT A.1
# Design Rights

# EXHIBIT A.1.1
# Eames Aluminum Group

<u>Currently-Existing U.S. Registrations</u>:

TM Reg. No. 3,105,591

# HermanMiller

## EAMES
## Thin Pad Management Chair



# HermanMiller

# EAMES
## Thin Pad Management Chair
### (color variant examples)



**HermanMiller**

# EAMES
## Thin Pad Management Chair
### ("Cygnus" Upholstery)



**HermanMiller**          EAMES

## Thin Pad Cygnus Management Chair (black frame)



**HermanMiller**

## EAMES
## Thin Pad Side Chair



**HermanMiller**

# EAMES
## Thin Pad Side Chair (white)



**HermanMiller**

# EAMES
## Thin Pad Executive Chair



**HermanMiller**

# EAMES
## Thin Pad Executive Chair (white)



**HermanMiller**

# EAMES
## Thin Pad Executive Chair
## ("Cygnus" Upholstery)









**HermanMiller**

# EAMES
## Thin Pad Executive Chair (black frame)



HermanMiller

# EAMES
## Thin Pad Lounge Chair



**HermanMiller**

# EAMES
## Soft Pad Management Chair







# HermanMiller

## EAMES
## Soft Pad Management Chair (white)



**HermanMiller**

# EAMES
## Soft Pad Side Chair



**HermanMiller**

# EAMES
## Soft Pad Side Chair (white)



**HermanMiller**

# EAMES
## Soft Pad Executive Chair



**HermanMiller**

## EAMES
## Soft Pad Executive Chair (white)

 

**HermanMiller**

**EAMES
Soft Pad Lounge Chair**



# EXHIBIT A.1.2
# Eames Lounge Chair and Ottoman

<u>Currently-Existing U.S. Registrations</u>:

TM Reg. No. 2,716,843

TM Reg. No. 5,767,140







# EXHIBIT A.1.3
# Sayl Chair

Currently-Existing U.S. Registrations:

TM Reg. No. 5,332,550

Design Patents: *see*

https://www.hermanmiller.com/legal/patents/

For avoidance of doubt, also specifically included as part of the intellectual property covered by this Agreement is U.S. Utility Patent No. 8.449,037, which Herman Miller believes covers the mechanical construction of the backrest of the accused "Santer" chair and equivalents.











# EXHIBIT A.1.4
# Setu Chair

<u>Currently-Existing U.S. Registrations</u>:

TM Reg. No. 5,174,864

Design Patents: *see*

https://www.hermanmiller.com/legal/patents/







# EXHIBIT A.1.6
# Nelson Bench

<u>Currently-Existing U.S. Registrations</u>:

TM Reg. No. 5,672,151



# EXHIBIT A.1.10

# NOGUCHI TABLE

# TM Reg. No. 2,648,166



# EXHIBIT A.2

# Word Marks

- EAMES (Reg. No. 1,187,673)
- ALUMINUM GROUP
- SOFT PAD (as names for office chairs)
- EAMES LOUNGE CHAIR AND OTTOMAN
- NOGUCHI (Reg. Nos. 2,810,235 and 2,971,300)

# EXHIBIT B
# Accused Conduct











**Style Office Chair**

$ 139  ~~$ 999~~  | **86**% OFF  SALE

★ ★ ★ ★ ★  12 CUSTOMER REVIEWS

- Supportive and Stylish design, outfitted with Expertly Crafted Premium Synthetic Leather Upholstery
- Flexible curvature alignment of back for optimal Lumbar Support
- Soft, ribbed padding for added comfort and breathability
- Mid-Century Modern Aluminum alloy chrome frame and base – fully finished.
- Pneumatic height adjustment mechanism with Tilt-Lock

Color

Black ▼     Clear



SALE

**Style Office Chair**

~~$199.00~~  **$139.00**     Reviews ★★★★★

Select *affirm* at checkout, pay less than $3 a day

Color: Black

QUANTITY:  1 ▼

**Add to Cart**

This Item Ships for Free! Save $199

Ships in 1-3 business days* with *free* **FedEx** Insured Delivery



### Runway Mid Back Fabric Office Chair

**$392.00**

Reviews ★★★★★

Select *affirm* at checkout, pay less than $3 a day

**Fantastic Fall Sale!**

Extra 10% Off Sitewide + Free Coat Rack

Use Code: AUTUMN - Ends in 2 Days

Items **IN STOCK - Ships in 24 hours**

Color: Black

QUANTITY: 1

**Add to Cart**

This Item Ships for Free! Save $199

Ships in 1-3 business days* with **free FedEx** Insured Delivery

### Softpad Executive Chair

$ 379   $2394   | **84**% OFF   SALE

★★★★★ (2 CUSTOMER REVIEWS)

**Extra 10% Off + 5 Year Warranty ($400 Value)**
**Use Code: FALL10**

The Softpad Executive Chair is our adaptation to the iconic Office Chairs. Featuring a five-point base, tubular steel columns, and soft pad back and seat in aniline leather.

Color: Black       Material: Italian      Clear

5 in stock



## Runway Mid Back Fabric Office Chair

**$392.00**

Reviews ★★★★★

Select *affirm* at checkout, pay less than $3 a day

**Fantastic Fall Sale!**
Extra 10% Off Sitewide + Free Coat Rack
Use Code: AUTUMN - Ends in 2 Days
Items **IN STOCK - Ships in 24 hours**

Color: Black



QUANTITY: 1

**Add to Cart**

This Item Ships for Free! Save $199

Ships in 1-3 business days* with free **FedEx** Insured Delivery



## Runway Mid Back Fabric Office Chair

$ 263   $263   |   0% OFF   SALE

Color

Choose an option ▾

1    ADD TO CART

🚚 Same Day Free Shipping **FedEx** ($250 Value)
No tax outside of NY

SHARE: f  ✖  ⓟ



**Em Office Chair Mid Back**

**$596.40**

Reviews ★★★★★

Select *affirm* at checkout, pay less than $3 a day

**Christmas in July**

Extra 10% Off + Free Eames Coat Rack Replica ($29

Use Code: JULYSALE - Ends in 2 Days

Items **IN STOCK** - Ships in 24 hours

Color: Black

QUANTITY:   1

**Add to Cart**

This Item Ships for Free! Save $1

Ships in 1-3 business days* with *free* FedEx Insured





**Softpad Management Chair**

$ 379   ~~$2394~~   | 84% OFF  SALE

★★★★★  0 CUSTOMER REVIEWS!

**Extra 10% Off + 5 Year Warranty ($400 Value)**
**Use Code: FALL10**

Softpad Management Chairs are our new interpretation of the iconic 1969
Office Chair. Featuring a chromed aluminum frame and aniline Italian leather
cushions for maximum comfort and durability.

Color                     Material

White                     Italian              Clear

3 in stock





**SALE**

### Soft Pad Management Office Chair

~~$699.00~~  **$379.00**    Reviews ★★★★★

Select *affirm* at checkout, pay less than $3 a day

Fantastic Fall Sale!

Extra 10% Off Sitewide + Free Coat Rack

Use Code: AUTUMN - Ends in 2 Days

Items **IN STOCK - Ships in 24 hours**

Color: Black



QUANTITY:  1

**Add to Cart**

This Item Ships for Free! Save $199

### Engineer Low Back Office Chair Black

**$557.00**    Reviews ★★★★★

Select *affirm* at checkout, pay less than $3 a day

Fantastic Fall Sale!

Extra 10% Off Sitewide + Free Coat Rack

Use Code: AUTUMN - Ends in 2 Days

Items **IN STOCK - Ships in 24 hours**

QUANTITY:  1      CURRENT STOCK: 1

**Add to Cart**

This Item Ships for Free! Save $199

Ships in 1-3 business days* with free **FedEx** Insured Delivery





### Scientist Low Back Office Chair Blk & Gd

**$641.00**

Reviews ★★★★★

Select *affirm* at checkout, pay less than $3 a day

**Fantastic Fall Sale!**

Extra 10% Off Sitewide + Free Coat Rack

Use Code: AUTUMN - Ends in 2 Days

Items **IN STOCK - Ships in 24 hours**

QUANTITY: 1   CURRENT STOCK: 16

**Add to Cart**

This Item Ships for Free! Save $199

Ships in 1-3 business days* with **free FedEx** Insured Delivery



### Softpad Executive Chair

$ 379   $ 2394   | **84**% OFF   SALE

★★★★★ (2 CUSTOMER REVIEWS)

**Extra 10% Off + 5 Year Warranty ($400 Value)**
**Use Code: FALL10**

The Softpad Executive Chair is our adaptation to the iconic Office Chairs.
Featuring a five-point base, tubular steel columns, and soft pad back and seat
in aniline leather.

Color            Material
Black            Italian      Clear

5 in stock

1   ADD TO CART



**SALE**

### Soft Pad Executive Office Chair

~~$699.00~~ **$379.00**          Reviews ★★★★★

Select *affirm* at checkout, pay less than $3 a day

**Fantastic Fall Sale!**

Extra 10% Off Sitewide + Free Coat Rack

Use Code: AUTUMN - Ends in 2 Days

Items **IN STOCK - Ships in 24 hours**

Choose Leather: Premium Italian



Color: Black



QUANTITY:  [ 1 ]

**Add to Cart**

### Engineer High Back Office Chair Espresso

**$585.00**          Reviews ★★★★★

Select *affirm* at checkout, pay less than $3 a day

**Fantastic Fall Sale!**

Extra 10% Off Sitewide + Free Coat Rack

Use Code: AUTUMN - Ends in 2 Days

Items **IN STOCK - Ships in 24 hours**

QUANTITY:  [ 1 ]   CURRENT STOCK: 9

**Add to Cart**

This Item Ships for Free! Save $199

Ships in 1-3 business days* with **free** FedEx  Insured Delivery





### Ribbed Office Executive Chair

$ 379  $2394  | **84%** OFF  SALE

⭐⭐⭐⭐⭐  12 CUSTOMER REVIEWS

**Extra 10% Off + 5 Year Warranty ($400 Value)**
Use Code: FALL10

Our Ribbed Office Chairs are synonyms with productivity, efficiency, and
elegance. Each one is designed on a five-point base and corrosion-resistant
and die-cast tubular steel columns, wrapped in premium Italian aniline leather.

| Color | Material |
|-------|----------|
| Black ▾ | Italian ▾  Clear |

| 1 | ADD TO CART |



### Mid Century Lounge Chair & Ottoman

$ 1,149.00  $6,599.00  | **83%** OFF  SALE

⭐⭐⭐⭐⭐  18 CUSTOMER REVIEWS

**Extra 10% Off + 5 Year Warranty ($400 Value)**
Use Code: FALL10

Our Mid century Lounge Chair and Ottoman, the most iconic representation of
mid-century modern design. Featuring Italian Aniline Leather, High-density
Cushions, and 7-ply veneers shell veneers.
*Voted #1 Replica*

| Color | Veneer |
|-------|--------|
| Black ▾ | Palisander Wood ▾ |



### Classic Lounge Chair & Ottoman Black

Price                    See why people like us
**$994**                 ⭐⭐⭐⭐⭐

Select **affirm** at checkout, pay less than $3 a day

**Fantastic Fall Sale!**
Extra 10% Off Sitewide + Free Coat Rack
Use Code: AUTUMN - Ends in 2 Days
Items **IN STOCK** - Ships in 24 hours

Choose Veneer:        Choose Assembly: ⃠
                      ● 90% Assembled
                      ○ Expert Fully Assembled (+$199)

Choose Leather:       Quantity:
                      | 1 ▾ |

🚚 In Stock & Ready to Ship Within 24 hours via **FedEx**







**Nelson Bench 4 Feet**

$ 199  $799  | **75%** OFF  SALE

Color

Brown ▾   Clear

22 in stock

1   ADD TO CART

🚚 Same Day Free Shipping FedEx ($250 Value)
No tax outside of NY

$399.00  **$199.00**   Reviews ★★★★★

Select affirm at checkout, pay less than $3 a day

**Fantastic Fall Sale!**
Extra 10% Off Sitewide + Free Coat Rack
Use Code: AUTUMN - Ends in 2 Days
Items IN STOCK - Ships in 24 hours

Color: Natural

QUANTITY:  1 ▾

**Add to Cart**

This Item Ships for Free! Save $199

SALE

**Noguchi Table**

$699.00  **$499.00**   Reviews ★★★★★

Select affirm at checkout, pay less than $3 a day

**Fantastic Fall Sale!**
Extra 10% Off Sitewide + Free Coat Rack
Use Code: AUTUMN - Ends in 2 Days
Items IN STOCK - Ships in 24 hours

Color: Black

QUANTITY:  1 ▾



### Noguchi Table

$ 499   $ 1995  | **75**% OFF   SALE

★★★★★ 12 CUSTOMER REVIEWS!

**Extra 10% Off + 5 Year Warranty ($400 Value)**
**Use Code: FALL10**

Noguchi Table means sculptural wood base and tempered glass tabletop in a
literal perfect balance merging artistry and furniture. Inspired by the renowned
Japanese sculptor Isamu Noguchi's mid-century modern design.

### Rare Coffee Table

$ 537   $ 537  | **0**% OFF   SALE

Color

Choose an option ▾

| 1 | ADD TO CART |

🚚 Same Day Free Shipping **FedEx** ($250 Value)
No tax outside of NY



**Eames Lounge Chair & Ottoman...**

**$994.00**

Manhattan Hor

Special offer



**Eames Molded Plastic Side Chair Set Of ...**

**$544.00**

Manhattan Hor

Special offer



**Eames Office Chair - Soft Pad Executiv...**

**$399.00**

Manhattan Hor

Special offer




**Eames Office Chair | Ribbed Management...**

**$389.00**

manhattanhom

★★★★★ (8)



**Eames Molded Chair - White Replica sold ...**

**$236.40**

Manhattan Hor

Special offer



**Eames Office Chair - Ribbed Management...**

**$389.00**

Manhattan Hor

Special offer

Ad  www.manhattanhomedesign.com/  ▾   (646) 655-8370

# Manhattan Design Eames - Manhattan Home Design

High Quality and Affordable High End Furniture. Large Selection of Furniture and Lighting. Spectacular Modern Designs of Mid-Century Furniture. Enjoy Deals Today! Fast delivery 1-3 day. Top Rated. Highest Quality. In Stock & Ready To Ship. BBB Accredited.

manhattanhomedesign.com › classic-lounge-chair-ottoman-brown ▾

## Eames Lounge Chair and Ottoman - Manhattan Home Design

★★★★☆ Rating: 4 - 5 votes - $1,441.00

Its designers, Charles and ray **Eames**, had originally intended to give it the look and feel of a well worn first Baseball mitt. It led to the creation of the **Manhattan** ...

manhattanhomedesign.com › eames-aluminum-group-executive-offic... ▾

## Eames Executive Chair - Eames Office Chair - Manhattan ...

★★★★★ Rating: 5 - 9 votes

Check out the **Eames** Executive Chair Replica by **Manhattan Home Design**, ... **Soft Pad** for added comfort; Strengthened **Aluminum** base for easy movements ...

manhattanhomedesign.com › eames-office-chair-soft-pad-managemen... ▾

## Eames Soft Pad Management Chair | Manhattan Home Design

★★★★★ Rating: 5 - 5 votes - $399.00

Order your **Eames Soft Pad** Management Chair from **Manhattan Home Design**. An original design by Charles and Ray Eames. In stock and ready to ship for free!

manhattanhomedesign.com › noguchi-tribecca-coffee-table ▾

## Noguchi Table | Mid-Century Modern | Manhattan Home Design

★★★★★ Rating: 5 - 4 votes - $599.00

Shop for the Best **Noguchi** Table Replica by Isamu **Noguchi** in **Manhattan Home Design**. Available with a Tempered Glass Top and a Hand Carved Wooden ...

www.manhattanhomedesign.com › nelson-bench-eei-176 ▾

## Nelson Bench 5 - Manhattan Home Design

★★★★★ Rating: 5 - 1 vote

Find in **Manhattan Home Design** the best collection of mid-century modern furniture, lighting, and high-quality reproductions from the world's top designers.

www.barcelona-designs.com › how-is-our-eames-lounge-chair-replica... ▼

## How is our Eames Lounge Chair made? | Barcelona Designs

Jul 24, 2019 - **Eames** Lounge Chairs and Ottoman officially titled **Eames** Lounge (670) and Ottoman (671), were released in 1956 by Charles and Ray **Eames** ...

www.barcelona-designs.com › styling-with-the-eames-lounge-chair ▼

## Styling with the Eames Lounge Chair | Barcelona Designs

May 28, 2019 - The **Eames** lounge chair replica is a midcentury lounge chair of the highest order. No other chair from the midcentury movement has risen with ...

www.barcelona-designs.com › eames-softpad-executive-chair ▼

## Executive Chair | FREE SHIPPING! | Barcelona Designs

★★★★½  Rating: 4.5 - 2 reviews - $399.00 to $449.00 - In stock

Sale · Free Swatch · Home / Shop / Best Sellers, Mid Century, Office Chairs / Softpad Executive Chair. **eames** office chair replica. **EAMES** SOFTPAD EXECUTIVE ...

www.barcelona-designs.com › eames-lounge-chair-customer-gallery ▼

## Eames Lounge Chair - Customer Gallery | Barcelona Designs

Evely Moore Next Back 1 **Eames** Lounge Chair & Ottoman Replica $1099 Inspired by Charles and Ray **Eames** Buy Now 2 Plywood Chip Chair $399 Buy Now 3 ...

www.barcelona-designs.com › product-image-13856 ▼

## Eames Aluminum Group Style Softpad Management Chair ...

Jun 20, 2019 - Telephone: 1-646-340-3033 customerservice@**barcelona-designs**.com 09:00 AM – 06:00 PM EST (Mon – Fri) Closed on National Holidays.

www.barcelona-designs.com › tag › eames-office-chair-aluminum-gr... ▼

## Eames Office Chair Aluminum Group style Executive Chair ...

Canada, M2R 1X9 Telephone: 1-646-340-3033 customerservice@**barcelona-designs**.com 09:00 AM – 06:00 PM EST (Mon – Fri) Closed on National Holidays.



Salam Chair

(see Herman Miller Setu Chair)



Santer Chair

(see Herman Miller Sayl Chair)